IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Carol Pullen, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 12 C 4480 ) |
| Zimmer, Inc., et al, | ) Judge Rebecca R. Pallmeyer ) ) |
| Defendant(s). | ) |

### ORDER

Pursuant to stipulation, the above cause is dismissed with prejudice, without costs, sanctions, or attorney's fees.

ENTER:

Dated: November 7, 2014

_____
REBECCA R. PALLMEYER
United States District Judge